**FILED**

JUL 31 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Santee Print Works, | ) |
|                 PLAINTIFF, | ) |
| vs. | ) 3 03 2517 22 |
| GE Lighting, a division of General Electric Company, Lithonia Lighting, Inc., Magnetek, Inc. and Electrical Wholesalers, Inc., | ) |
|                 DEFENDANTS. | ) |

**DEFENDANTS MAGNETEK AND GE'S CONSENT TO
DEFENDANT LITHONIA LIGHTING'S NOTICE OF REMOVAL**

COMES NOW, the Defendants Magnetek, Inc. and GE Lighting, a division of General Electric Company, by and through their undersigned counsel, and hereby consent to Lithonia Lighting's Notice of Removal and all accompanying documentation and pleadings filed therewith.

Respectfully submitted, this 31st day of July, 2003.

(Signatures on following pages)

45631-1

3

COUNSEL FOR DEFENDANT
MAGNETEK

_____
David N. Wolf

SNELL & WILMER, LLP
Suite 1200
15 West South Temple
Salt Lake City, UT 84101
Phone: 801-257-1900
Fax: 801-257-1800

45631-1

COUNSEL FOR DEFENDANT
GE LIGHTING, a division of
General Electric Company

_____
John B. Savoca

SMITH & DUGGAN, LLP
620 Two Center Plaza
Boston, MA 02108-1906
Phone: 617-248-1900
Fax: 617-248-9320

45631-1

3

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that all counsel in this action have been served with a copy of **Defendants Magnetek and GE's Consent to Defendant Lithonia Lighting's Notice of Removal**, by U.S. Mail, addressed as follows:

George E. Duncan, Jr., Esq.
Duncan & Mangiafico
5457 Roswell Road, Suite 203
Atlanta, GA 30342
**Attorneys for Plaintiff**

Stephen E. Darling, Esq.
Haynsworth Sinkler Boyd, P.A.
160 East Bay Street
P.O. Box 340
Charleston SC 29401-2120
**Attorneys for Plaintiff**

Christopher J. Daniels, Esq.
Nelson Mullins Riley & Scarborough, LLP
1330 Lady Street, 3rd Floor
Columbia, South Carolina 29201
**Attorneys for General Electric**

A. Jackson Barnes, Esq.
Monteith P. Todd, Esq.
Sowell Gray Stepp & Laffitte, LLC
1310 Gadsden Street
Columbia, SC 29201
**Attorneys for Magnetek**

David N. Wolf, Esq.
Snell & Wilmer, LLP
Suite 1200
15 West South Temple
Salt Lake City, UT 84101
**Attorneys for Magnetek**

45631-1

John B. Savoca, Esq.
Smith & Duggan, LLP
620 Two Center Plaza
Boston, MA 02108-1906
**Attorneys for General Electric**

This 31st day of July, 2003.

_____
M. Dawes Cooke, Jr.
Steven J. Kyle, P.C.
Ronald F. Negin

BARNWELL WHALEY PATTERSON & HELMS
Post Office Drawer H
Charleston, SC 29402
Phone: 843-577-7700

BOVIS, KYLE & BURCH, LLC
53 Perimeter Center East
Third Floor
Atlanta, GA 30346
Phone: 770-391-9100

45631-1

5